IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANNA JEANE TEMPLE**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:20-CV-01089-BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE