# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANNA JEANE TEMPLE**                                                                                           **PLAINTIFF**

**v.**                              **CASE NO. 4:20-CV-01089-BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                                         **DEFENDANT**

## AMENDED ORDER

The June 9, 2021 order [Doc. No. 15] is amended to reflect that this case is dismissed with prejudice. The remaining portions of the order remain in effect.

IT IS SO ORDERED this 10th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE