IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANNA JEANE TEMPLE**                                                                         **PLAINTIFF**

**v.**                               **CASE NO. 4:20-CV-01089-BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## AMENDED JUDGMENT

Consistent with the amended order entered today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE