# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANNA JEANE TEMPLE**                                                                   **PLAINTIFF**

v.                **CASE NO. 4:20-CV-01089-BSM**

**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## ORDER

Anna Temple's motion to substitute party [Doc. No. 19] is granted. Breanna Paul is substituted as plaintiff for purposes of the motion for attorney's fees [Doc. No. 20], which is also granted. Breanna Paul, on behalf of Anna Temple, is awarded fees and expenses of $4,531.34. *See* 28 U.S.C. § 2412; Doc. No. 17-1. The Social Security Administration is directed to send the payment to Breanna Paul because fees award under section 2412 are payable to the claimant rather than the lawyer. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Paul is responsible for making payment to Howard D. Olinksy, who represented Temple.

IT IS SO ORDERED this 11th day of January, 2023.

                                                                        UNITED STATES DISTRICT JUDGE